# EXHIBIT "1"

## AFFIDAVIT OF FACT

On April 19, 2006, I was working as Bailiff in the 252nd Criminal District Court. Judge Layne Walker was the Presiding Judge. At the time, Judge Walker was calling the trial docket, and on this docket were about 15 to 20 cases set for trial that day. Among the defendants was Peter Tran, and his attorney at first was Donald Moye, who wanted to be taken off the case. Stella Morrison wanted to be Peter Tran's attorney for record. Judge Walker allowed the substitution after admonishing Mrs. Morrison to be ready for trial and that Mr. Tran's case would probably be reached that day. He then asked her if she would be ready to go to trial that day. Mrs. Morrison stated she was ready and would be ready to go to trial if Mr. Trans case was reached.

Judge Walker then released Donald Moye, Atty, from Mr. Trans case. Sometime during that morning, Mrs. Morrison walked behind the courtroom towards the Judges chambers. From prior instruction from Judge Walker, I knew Ms Morrison was not allowed in Judges Chambers or administrative offices. I believe we were on recess at the time, and I was doing my duties as bailiff, when Tiffani Decuir, Clerk came to courtroom and told me Judge needed me in his chambers. I went to the Judge's chambers to find Mrs. Morrison in chambers arguing over not being allowed in chambers or in his office.

At the time, Judge was sitting at his desk and asked me to escort Mrs. Morrison out of his chambers and out of his office. Mrs. Morrison continued to argue with Judge Walker while I escorted her out of the office. When Mrs. Morrison exited the office, she told me she was going to Judge Carver's office. Mrs. Morrison continued to grip about not being allowing in Judge Walker's office. I again warned Mrs. Morrison not to enter chambers or office. Mrs. Morrison has on more than one occasion attempted to draw me into arguments and altercations with her about her indifference with Judge Walker. I simply told her she needed to take it up with Judge Walker. Mrs. Morrison has had major attitude with Judge Walker's staff up to the point of being rude and discourteous.

The problems with Mrs Morrison have been going on since Judge Walker first defeated her in the first election for the 252nd Criminal District Court and has continued since defeating her husband Kermit Morrison in March Primary 2006.

I have personally witnessed all of the above statements and all are true and correct to the best of my knowledge.

_RODNEY WILLIAMS_
BAILIFF, 252ND CRIMINAL
DISTRICT COURT

Subscribed and sworn before me on the 17th day of July, 2006

DEBBIE USOFF
Notary Public State of Texas
Commission Expires
MARCH 9, 2009

_NOTARY PUBLIC_