# EXHIBIT "2"

## Affidavit

State of Texas  
County of Jefferson

Date: March 21, 2013  
Time: 10:45 a.m.

Before me, the undersigned authority in and for the State of Texas, personally appeared Stella Marie Morrison who after being duly sworn deposes and says my date of birth is 08/27/1947 and I am 65 years old. My home address is 4231 Lakeshore Dr. Port Arthur, Texas 77642 and my home phone number is (409) 982-3019. I am currently employed as a local attorney in Port Arthur, Texas.

I am giving this statement to Lieutenant Randy Walston of the Internal Affairs Division

On Tuesday March 19, 2013, I was in the Jefferson County Courthouse conducting business, when I was approached by Ann, I don't know her last name, but she works in the District Court Coordinators Office. Ann handed me a letter regarding a Writ from Ed Tanner and she asked me to sign it saying that I received it. I told her that I needed to speak with Ed Tanner, who is an assistant to Judge Walker. Ann then walked me back to the District Court Offices. She opened the secure door that leads to Judge Walker and Judge Stevens office's and closed it behind her.

While standing at the door, Glenda Segura, who is the head coordinator, walked out of her office and said why are you standing out here. I told her that was waiting to see Ed Tanner. Segura then opened the secure door and escorted me in. I then walked over to Ed Tanner's office and saw that he was on the phone. I then knocked on the glass to let him know I was there. Ed Tanner waved at me with his hands, in such a manner as to tell me to go away. It was at this moment that Tony Barker, who is Judge Walker's bailiff, started yelling at me, "You got to go". I said, why do I have to go? Barker said, "Judge Walker doesn't want you back here, you got no business being back here". Barker then grabbed me by left arm and spun me around and grabbed the right side of my waist and started pushing me. At one point, Barker tried to pick me up to push me out the door. The door was opened by other officers, who heard the commotion. I tried to explain to the other officers that barker had assaulted me. I was very upset and they all attempted to calm me down. Doug Boyd and other officers then escorted me to Mitch Woods Office. I told the Sheriff the whole story. The Sheriff then stated that he would set a time to speak to Internal Affairs.

I feel that Tony Barker is very rude and this is not the only time that he has done this to me. I feel that he should not be a bailiff and should be sanctioned or fired for his conduct.

I have read the above statement and it is true and correct to the best of my knowledge.

_____
Affiant

Sworn and subscribed before me on this 21st day of March, 2013.

_____
Notary Public

MARCUS S. McLELLAN
Notary Public State of Texas
Commission Expires
DECEMBER 17, 2013