# EXHIBIT "3"

# MORGAN LAW FIRM
## ATTORNEYS AT LAW

JOHN S. MORGAN, P.C.
*Board Certified Civil Trial Law*
*Texas Board of Legal Specialization*

ANDREA GUIDRY
*Office Manager/Legal Assistant*

2175 North Street, Suite 101
Beaumont, Texas 77701

Telephone: (409) 239-5984
Facsimile: (409) 835-2757
E-Mail: jmorgan@jsmorganlaw.com
aguidry@jsmorganlaw.com

March 22, 2013

### LETTER OF REPRESENTATION AND NOTICE, REQUEST FOR INFORMATION AND SPOLIATION WARNING

Honorable Judge Tom Rugg                         Via Certified Mail
Civil District Attorney, Jefferson County
1001 Pearl Street, 3rd Floor
Beaumont, Texas 77701

Judge Layne Walker                               Via Certified Mail
252nd Judicial District Court
1001 Pearl Street
Beaumont, Texas 77701

Sheriff Mitch Woods                              Via Certified Mail
1001 Pearl Street
Beaumont, Texas 77701

Honorable Mayor Becky Ames                       Via Certified Mail
The City of Beaumont
801 Main Street
Beaumont, Texas 77701

Honorable Greg Abbott                            Via Certified Mail
Texas Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

Re:Representation and Notice letter pursuant to Tex. Civ. Prac. & Rem. Code
Section 101.101. and 42 U.S.C. Sections 1981 & 1983.

Dear Sir or Madam:

This is a Letter of Representation and Notice, on behalf of Ms. Stella Morrison, Esq., for her claims against Judge Layne Walker, Sheriff Deputy Anthony Barker, the County of Jefferson. The City of Beaumont, and the State of Texas, for a physical assault and ongoing civil rights violations perpetrated against her by Judge Layne Walker, with the knowing participation of the Jefferson County Sheriff's Department.

### BACKGROUND

On Tuesday, March 19, 2013, Ms. Morrison was lawfully engaged in her profession as a licensed attorney. She went to speak to Mr. Tanner about a legal matter she was involved in. In the process, Ms. Morrison went into the corridor that leads to the offices of the Honorable Judge John Stevens and Judge Layne Walker.

When Ms. Morrison was in this corridor, Judge Layne Walker's bailiff, Sheriff Deputy Anthony Barker, insisted that Ms. Morrison leave immediately. Deputy Barker informed her that Judge Walker has ordered that Ms. Morrison must be arrested (without any charges) anytime she is in that corridor or otherwise comes close to Judge Walker's chambers. Deputy Barker then physically assaulted my client without any provocation, until such time as other Deputies arrived and took Ms. Morrison to meet with Sheriff Woods.

In addition to this incident. Judge Walker has terrorized and targeted Ms. Morrison as part of Walker's unlawful crusade against African-Americans and the attorneys who advocate for the rights of African-American criminal defendants. Ms. Morrison shall provide testimony that Judge Walker has done everything he can to harass, disrupt, and terrorize Ms. Morrison for many years.

### NOTICE OF INTENTION TO FILE A LAWSUIT FOR MS. MORRISON'S DAMAGES AND FOR INJUNCTIVE RELIEF

Judge Layne Walker is well-known for his pattern of lawlessness, racism, vindictive behavior and abuse of power. Throughout his reign of terror on the bench, Judge Walker's unlawful conduct has been supported by the County of Jefferson and the State of Texas, which such governmental agencies have full knowledge of Judge Walker's pattern and practice of deliberate, unlawful misconduct. These governmental entities protect this Judge with full knowledge of his unlawful conduct, and thereby these governmental entities have adopted a clear pattern and practice of ratifying Judge Walker's ongoing civil rights violations, as that term is defined under 42 U.S.C. Sections 1981 & 1983. Further, Judge

Walker's ongoing misconduct has been supported by both the Jefferson County Sheriff's Office and the City of Beaumont Police Department, who cooperate with Judge Walker by implementing his unlawful policies and directives.

On behalf of my client, Ms. Stella Morrison, Esq., I am hereby providing written notice of her claims. I am advising each of you of my intention to pursue a lawsuit on my client's behalf against the relevant governmental entities, Judge Layne Walker individually for tortious conduct outside the scope of his judicial jurisdiction, and also Deputy Barker. I shall seek for my client the recovery of all her actual and punitive damages, in the discretion of the jury, as well as all attorneys' fees and expenses. I shall also seek an injunction against Judge Layne Walker, Deputy Barker, and the Jefferson County Sheriff's Department, to enjoin permanently any further unconstitutional or unlawful conduct.

### REQUEST FOR INFORMATION AND SPOLIATION WARNING

Please produce to me a complete copy of the videotape of the incident at issue, including but not limited to Deputy Barker's assault upon my client. I am also requesting that you produce any and all incident reports, witness statements, or other documents or tangible items pertaining to this matter. Please produce these materials to me at my above-stated address within seven (7) business days after receipt of my correspondence.

**You are each required under both federal and state law to safeguard and preserve any and all evidence of this occurrence, including but not limited to the videotape at issue, any incident reports, witness statements, etc. If any evidence is destroyed or becomes "missing," then I shall seek and obtain a spoliation instruction from the Court at the time of trial.**

### REQUEST FOR A FEDERAL INVESTIGATION

There have been a plethora of complaints against Judge Layne Walker for many years. His reign of terror on the bench has resulted in countless victims, and almost every day results in more civil rights violations. Therefore, I am respectfully requesting a federal investigation into Judge Walker's treatment of Ms. Stella Morrison and Deputy Barker's assault upon her, as well as into Judge Walker generally and the local law enforcement agencies and attorneys that might have participated in unlawful activities.

In the eyes of Judge Walker, Ms. Stella Morrison, Esq., is guilty of the crime of being an African American attorney who believes that African American defendants in criminal court deserve the same legal and constitutional protections as Caucasian defendants.

3

## CONCLUSION

I look forward to receiving the information and materials I have requested. I am available if any of you are willing to discuss an amicable resolution for this matter.

I appreciate your attention to this.

Very truly yours,

JOHN S. MORGAN

JSM/ag

cc: The Texas State Commission on Judicial Conduct    via regular mail
300 West 15th Street, No. 415
Austin, Texas 78701

United States Attorneys' Office    via regular mail
Eastern District of Texas
Attn: Honorable Robert Hobbs
350 Magnolia Avenue
Beaumont, Texas 77701

4