UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| STELLA MORRISON § | |
| § | |
| VS. § | |
| § | CASE NO. 1:13-CV-00327 |
| LAYNE WALKER, THE COUNTY OF § | |
| JEFFERSON, TEXAS AND THE STATE § | |
| OF TEXAS § | |

PLAINTIFF'S FIRST AMENDED OPPOSED MOTION FOR LEAVE TO FILE A NEW VERSION OF MORRISON'S FIRST AMENDED COMPLAINT, AND CERTIFICATE OF CONFERENCE

TO THE HONORABLE UNITED STATES JUDGE OF SAID COURT:

Plaintiff, STELLA MORRISON, files this her First Amended Opposed Motion for Leave to File a New Version of Morrison's Amended Complaint, and Certificate of Conference, and would show unto the Court as follows:

1.   Plaintiff seeks leave to file this new version of her First Amended Complaint, pursuant to Fed. R. Civ. P. 15. Plaintiff would show that there is no Scheduling Order in this case, so therefore this Amended Complaint is timely. Through this Motion, Morrison is withdrawing her previous version of her First Amended Complaint and is asking the Court to substitute this version. Morrison is adding two additional Defendants, Tom Maness and Deputy Barker for the reasons set forth in this Amended

Complaint. Furthermore, this Amended Complaint complies with the Magistrate Judge's request for a repleading, to clarify under the four (4) factors in Ballard v. Wall, 413 F.3d 510 (5th Cir. 2005), her allegations regarding the fabrication of false criminal charges against her, which are set forth in the Amended Complaint, paras. 18-19. Morrison has also clarified the facts pertaining to her allegations regarding Walker's order for Deputy Barker to use force to remove Morrison from the hallway (paras. 20-21), Walker's filing of grievances (paras. 15-17), and the other factual matters in this Amended Complaint. Morrison has also addressed the Ballard v. Wall factors for each of those allegations as well.

2. Morrison's new version of her First Amended Complaint supplants entirely her previously filed proposed First Amended Complaint, by omitting Morrison's proposed addition of the other Defendants. The issues regarding retaliation against Morgan can be considered by this Court for a potential enhancement of the recovery of attorneys' fees, if any.

3. Morrison respectfully submits that leave of court should be granted to file this new version of her First Amended Complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court

grant this Amended Motion for Leave to File Amended Complaint, and Certificate of Conference and grant such other and further relief, at law or in equity, to which Plaintiff may be justly entitled.

        Respectfully submitted,

        /s/ John S. Morgan
        JOHN S. MORGAN
        TBA#14447475
        Morgan Law Firm
        2175 North Street, Ste. 101
        Beaumont, Texas 77701
        (409) 239-5984
        (409) 835-2757 facsimile
        jmorgan@jsmorganlaw.com
        Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff contacted counsel for Defendants whom have not responded. Therefore, counsel for Plaintiff assumes counsel for Defendants are opposed to the filing of this new version of Plaintiff's First Amended Complaint.

        /s/ John S. Morgan
        JOHN S. MORGAN


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been furnished to the following counsel of record, via e-file, on this 20th day of May, 2014:

| | |
|---|---|
| David A. Harris<br>Assistant Attorney General<br>P. O. Box 12548, Capitol Station<br>Austin, Texas 78711 | Via electronic filing |
| Kathleen M. Kennedy<br>Chief Civil Attorney<br>Jefferson County District Attorney's Office<br>1085 Pearl Street, 3rd Floor<br>Beaumont, Texas 77701 | Via electronic filing |
| Joe J. Fisher, II<br>Walter Umphrey<br>Mark Sparks<br>Provost Umphrey Law Firm<br>P. O. Box 4905<br>Beaumont, Texas 77704 | Via electronic filing |

/s/ John S. Morgan
JOHN S. MORGAN