# HONORABLE LARRY GIST

Status:      Senior District Judge

Jurisdiction:  Criminal

DATE OF BIRTH:   June 7, 1941

DURATION OF SERVICE ON THE BENCH

- ★ Sworn into office on January 1, 1975 to the Criminal District Court of Jefferson County, Texas

- ★ Retired from the Criminal District Court of Jefferson County, Texas on December 31, 1995

EDUCATION

- ★ Doctor of Jurisprudence, University of Texas Law School

- ★ Bachelor of Business Administration, University of Notre Dame

PROFESSIONAL ACTIVITIES

- ★ Adjunct Professor, South Texas College of Law

- ★ Adjunct Professor, Lamar University

- ★ Assistant Criminal District Attorney, Jefferson County

- ★ Assistant State's Attorney, Texas Court of Criminal Appeals