# SECOND ADMINISTRATIVE JUDICIAL REGION
## Visiting Judge Assignment Report Listing

Back to Home

**Select County:** Jefferson  **Select Court:** All  **Select Judge:** All

Display 100 Records per Page

| AssignID | Judge | Court | County | Dates |
|---|---|---|---|---|
| 26549 | The Honorable Leonard J. Giblin, Jr. | Criminal District Court and 252nd Judicial District Court | Jefferson | the 3rd of February, 2015 |
| 26550 | The Honorable Larry Gist | Criminal District Court and 252nd Judicial District Court | Jefferson | the 3rd of February, 2015 |
| 26551 | The Honorable James W. Mehaffy | Criminal District Court and 252nd Judicial District Court | Jefferson | the 3rd of February, 2015 |
| 26552 | The Honorable Harold Plessala | Criminal District Court and 252nd Judicial District Court | Jefferson | the 3rd of February, 2015 |
| 26543 | The Honorable John T. Wooldridge | County Court at Law No. 3 | Jefferson | the 30th of January, 2015 |
| 26496 | The Honorable John T. Wooldridge | 252nd Judicial District Court | Jefferson | the 22nd of January, 2015 |
| 26436 | The Honorable Leonard J. Giblin, Jr. | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of January, 2015 |
| 26437 | The Honorable Larry Gist | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of January, 2015 |
| 26438 | The Honorable James W. Mehaffy | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of January, 2015 |
| 26439 | The Honorable Harold Plessala | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of January, 2015 |
| 26353 | The Honorable Leonard J. Giblin, Jr. | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of December, 2014 |
| 26354 | The Honorable Larry Gist | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of December, 2014 |
| 26355 | The Honorable Harold Plessala | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of December, 2014 |
| 26356 | The Honorable James W. Mehaffy | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of December, 2014 |
| 26233 | The Honorable Leonard J. Giblin, Jr. | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of November, 2014 |
| 26234 | The Honorable Larry Gist | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of November, 2014 |
| 26235 | The Honorable Harold Plessala | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of November, 2014 |
| 26236 | The Honorable James W. Mehaffy | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of November, 2014 |
| 26123 | The Honorable James W. Mehaffy | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of October, 2014 |
| 26124 | The Honorable Harold Plessala | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of October, 2014 |
| 26125 | The Honorable Larry Gist | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of October, 2014 |
| 26126 | The Honorable Leonard J. Giblin, Jr. | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of October, 2014 |
| 26018 | The Honorable Leonard J. Giblin, Jr. | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of September, 2014 |
| 26019 | The Honorable Larry Gist | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of September, 2014 |
| 26020 | The Honorable James W. Mehaffy | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of September, 2014 |
| 26021 | The Honorable Harold Plessala | Criminal District Court and 252nd Judicial District Court | Jefferson | the 1st of September, 2014 |

Copyright © 2015 Montgomery County, Texas. All Rights Reserved.