No. 96185



STATE'S EXHIBIT
4
4-19-06 Tran

STATE OF TEXAS       x    IN THE 252ND DISTRICT COURT
VS.                  x    JEFFERSON COUNTY, TEXAS
PETER TRAN           x

Application For Community Supervision From The Court

To the Honorable Judge Of Said Court:

Now comes Peter Tran, Defendant in the above entitled and numbered cause, before the trial of this case has begun, and, as required by law, files this Application for Community Supervision and moves that, in the event of conviction, Peter Tran be granted community supervision in said cause, and in support of this motion, Peter Tran shows the following:

Peter Tran has never been convicted of a felony in the State of Texas or any other state.

Wherefore, Premises Considered, Peter Tran prays that community supervision be granted for whatever punishment may be assessed in this cause in the event that Peter Tran is convicted.

Respectfully Submitted,

Law Office of Stella Morrison
1015 t Gulfway Drive
Port Arthur, Tx. 77640
Tele. No. 409-985-9358

By: _Stella Morrison_
STELLA MORRISON
STATE BAR No. 14524600
ATTY FOR Peter TRAN

FILED
at 10 o'clock M
APR 19 2006
LOLITA RAMOS
CLERK DISTRICT COURT OF JEFFERSON CO., TEXAS
BY _____ DEPUTY

Certificate of Service

This is to certify that on April 19, 2006 a true and correct copy of the above and foregoing document was served on the D.A. Jeff. County, 1101 Pearl Street, Bmt., Tx. 77701, by hand delivery.

_Stella Morrison_
STELLA MORRISON

STATE OF TEXAS
COUNTY OF JEFFERSON

AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared Peter Tran, who after being duly sworn stated:

"My name is Peter Tran, I am the defendant in the above entitled and numbered cause. I have read the attached Application For Community Supervision from the Court and hereby state that said Application is true and correct."

FILED
at 10:00 o'clock a M
APR 1 9 2006
LOLITA RAMOS
CLERK, DISTRICT COURT OF JEFFERSON CO., TEXAS
BY _____ DEPUTY

_____
PETER TRAN
Affiant

Subscribed & sworn to before me on April 19, 2006, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

TINA BENOIT
Notary Public State of Texas
Commission Expires
DECEMBER 6, 2006