# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| STELLA MORRISON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:13-CV-00327-KFG |
| | § | |
| LAYNE WALKER, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

In accordance with 28 U.S.C. § 636(c) and the Local Rules for the United States District Court for the Eastern District of Texas, this case is assigned to the undersigned United States Magistrate Judge for all matters, including trial and entry of judgment. On August 22, 2018, this Court issued a detailed opinion and order on defendant Layne Walker's motions for attorneys' fees. *See Order* (doc. #185). No other issues remain pending before the Court for resolution at this time. In support, the Court incorporates the detailed procedural history and prior disposition of the claims at issue in this case, described in detail in the Court's August 22, 2018, *Order* (doc. #185) regarding attorneys' fees, at pp. 1-5. Having ruled upon all pending motions and outstanding issues, the Court accordingly **ORDERS** the Clerk to **CLOSE** this case.

**SIGNED this the 28th day of August, 2018.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE