**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| STELLA MORRISON § | |
| § | |
| VS. § | |
| § | CASE NO. 1:13-CV-00327 |
| LAYNE WALKER, THE COUNTY OF § | |
| JEFFERSON, TEXAS AND THE STATE § | |
| OF TEXAS § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPROVE CASH DEPOSIT IN LIEU OF A SUPERSEDEAS BOND PURSUANT TO FED. R. CIV. P. 62(D), AND CERTIFICATE OF CONFERENCE**

Came on to be heard Plaintiff's Unopposed Motion to Approve Cash Deposit in Lieu of a Supersedeas Bond Pursuant to Fed. R. Civ. P. 62(d), and Certificate of Conference, and the Court finds that motion is meritorious and should be granted; therefore,

IT IS ORDERED that Plaintiff's Unopposed Motion to Approve Cash Deposit in Lieu of a Supersedeas Bond Pursuant to Fed. R. Civ. P. 62(d), and Certificate of Conference is GRANTED. It is further,

ORDERED that the Federal District Clerk accept a deposit of a certified funds check in the amount of $35,761.00 as a cash deposit in lieu of bond, in order to supersede this Court's Order Granting in Part Motion for Attorneys'

Fees signed by this Court on August 22, 2018.  Morrison must complete this cash deposit on or before September 5, 2018, by 5:00 p.m.  It is further,

ORDERED this deposit is for the sole benefit of Plaintiff Layne Walker if the appeal is unsuccessful.