**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| STELLA MORRISON | § |
| | § |
| VS. | § |
| | § CASE NO. 1:13-CV-00327-KFG |
| LAYNE WALKER, THE COUNTY OF | § |
| JEFFERSON, TEXAS AND THE STATE | § |
| OF TEXAS | § |

## PLAINTIFF, STELLA MORRISON'S, AND HER ATTORNEY, JOHN S. MORGAN'S, AMENDED THIRD NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, STELLA MORRISON, and her attorney, JOHN S. MORGAN in the above styled and numbered cause, file this Amended Third Notice of Appeal, and in support would show as follows:

1. Plaintiff, Stella Morrison, and her attorney John S. Morgan hereby file this Amended Third Notice of Appeal of the trial Court's Order Granting in Part Motions for Attorneys' Fees dated August 22, 2018, attached hereto as Exhibit "1," and all rulings of the Court entered prior to the entry of this Order Granting In Part Motions for Attorneys' Fees.

2. Plaintiff, Stella Morrison, and her attorney John S, Morgan hereby files this Amended Third Notice of Appeal of the Court's Order, dated August 29,

1


2018 and attached hereto as Exhibit "2," and all rulings of the Court entered prior to the entry of this Order

                              Respectfully submitted,

                              */s/ John S. Morgan*
                              JOHN S. MORGAN
                              TBA#14447475
                              Morgan Law Firm
                              2175 North Street, Suite 101
                              Beaumont, Texas 77701
                              (409) 239-5984
                              (409) 895-2839 facsimile
                              jmorgan@jsmorganlaw.com
                              Attorney for Plaintiff and also
                              appearing as an Appellant

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Amended Third Notice of Appeal was served on counsel of record, via the Court's electronic filing system on this the 10th day of September, 2018:

                              */s/ John S. Morgan*
                              JOHN S. MORGAN