**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| STELLA MORRISON, | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 1:13-CV-00327-KFG |
| LAYNE WALKER, *et al*., | | |
| *Defendants*. | | |

**ORDER GRANTING MOTION TO RELEASE
CASH SECURITY IN COURT'S REGISTRY**

In accordance with 28 U.S.C. § 636(c) and the Local Rules for the United States District Court for the Eastern District of Texas, this case is assigned to the undersigned United States Magistrate Judge for all matters, including trial and entry of judgment. On August 22, 2018, this Court issued an order regarding defendant Layne Walker's motions for attorneys' fees. *See Order* (doc. #185). The order awarded attorneys' fees to Walker, to be assessed against the plaintiff's attorney. *See id.*

On September 5, 2018, the Court granted plaintiff's counsel John Morgan's motion for approval of a cash deposit in lieu of a supersedeas bond for purposes of appeal. *See Order* (doc. #188). On September 6, 2018, Mr. Morgan deposited $35,761.00 into the court's registry pursuant to that order. On October 1, 2019, the United States Court of the Appeals for the Fifth Circuit issued its judgment affirming the Court's rulings in this case, including the order and judgment regarding attorneys' fees. *See Judgment* (doc. #195).

The parties have now filed the instant motion seeking a court order directing the release of the cash security in the court registry. Pursuant to the parties' agreement, the Court finds the motion to be meritorious.

It is therefore **ORDERED** that the Joint Motion to Release Cash Security in Court's Registry (doc. #196) is **GRANTED.**

It is further **ORDERED** that the sum of $31,889.52 previously placed in the court's registry is to be released to defendant Layne Walker by check made payable to his counsel, Mark C. Sparks of The Ferguson Law Firm, LLP, 350 Pine Street, Suite 1440, Beaumont, Texas, 77704-4095.

It is further **ORDERED** that the remaining sum previously placed in the court's registry in the amount of $3,871.48 be released to attorney John Morgan by check made payable to John S. Morgan of the Morgan Law Firm, 2175 North Street, Suite 101, Beaumont, Texas, 77701.

As requested, the Court finally **ORDERS** that the release of these funds from the court's registry in this case, as specified above, satisfies and fully discharges John Morgan's obligations as directed in the Court's order (doc. # 185) dated August 22, 2018.

**SIGNED this the 7th day of November, 2019.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE